ROBERTSON, Respondent, v. WOLFINGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Charles E. Robertson against Morris Wolfinger and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

ROGERS v. CLARK et al. (Supreme Court, Appellate Division, First Department. November, 1909.) Action by Gustavus A. Rogers against Bessie C. Clark and another.

PER CURIAM. Motion denied, without costs. Settle order on notice.

———

ROOK, Respondent, v. ROOK, Appellant (two cases). (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Actions by May E. Rook against Louis E. Rook. No opinion. Motion denied, upon authority of Porter v. International Bridge Co., 163 N. Y. 79, 57 N. E. 174. See, also, 134 App. Div. 991, 119 N. Y. Supp. 1143.

———

ROSE, Appellant, v. ROACH, Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Sarah L. Rose, as administratrix, against Edward F. Roach. F. Taylor, for appellant. B. L. Kraus, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

ROSENBLUM, Respondent, v. WOOD, Appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1910.) Action by Rosalia Rosenblum against Leonard H. Wood. No opinion. Motion denied, without costs, and stay of execution granted for 10 days. See, also, 120 N. Y. Supp. 1144.

———

ROSENFIELD et al., Respondents, v. KOHN, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. March 18, 1910.) In the matter of supplementary proceedings by Morris Rosenfield and others against Morris Kohn. No opinion. Order of the County Court of Kings County affirmed by default, with $10 costs and disbursements.

———

ROTHSTEIN, Respondent, v. BRUCK, Appellant, et al. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Harry Rothstein against Samuel L. Bruck, impleaded with Samuel Abramson and Samuel A. Potter, doing business as copartners under the firm name of Abramson & Potter.

PER CURIAM. Order reversed, and motion granted, on conditions stated in memorandum. In default of compliance, order affirmed, with $10 costs and disbursements. Settle order on notice.

———

ROSENTHAL, Respondent, v. IGNATZ ROTH, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Rebecca Rosenthal against Ignatz Roth, a domestic corporation. No opinion. Order affirmed, with $10 costs and disbursements.

———

ROWELL et al., Appellants, v. HAINES, Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by George F. Rowell and others against Charles D. Haines. G. D. Zahm, for appellants. J. A. Burdeau, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed. See, also, 63 Misc. Rep. 102, 116 N. Y. Supp. 446.

———

RUBBER TRADING CO., Respondent, v. FISK RUBBER CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by the Rubber Trading Company against the Fisk Rubber Company. W. G. Phlippeau, for appellant. H. D. Nims, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

RULLO, Respondent, v. LANE–HENNESSEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Nicola Rullo, an infant, etc., against the Lane-Hennessey Contracting Company. No opinion. Judgment and order affirmed, with costs.

———

RULLO, Respondent, v. LANE–HENNESSEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Nicola Rullo, an infant, etc., against the Lane-Hennessey Contracting Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

———

RUMBOSKI, Respondent, v. SIMONS, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Leo Rumboski against Berry B. Simons. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, because of error on the part of the trial court in excluding the defendant's evidence as to the rental value of automobiles.

———

RUSSELL v. WASHINGTON LIFE INS. CO. SAME v. PITTSBURGH LIFE & TRUST CO. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Actions by William H. Russell against the Washington Life Insurance Company and against the Pittsburgh Life & Trust Company. W. H. Russell, in pro. per. E. W. Hatch, for respondents. No opinions. Judgment affirmed, with costs, on 132 App. Div. 217, 116 N. Y. Supp. 841. Orders filed. See, also, 118 N. Y. Supp. 968.

———

In re RUTHERFORD. (Supreme Court, Appellate Division, Second Department. March